

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00142-CV

———————————————

NANDINI DEVI AND GREGORY GINN, Appellants

V.

ZVETATWO, LLC AND SPARSHTWO, LTD., Appellees

———————————————

On Appeal from the 431st District Court
Denton County, Texas
Trial Court No. 24-0153-431

———————————————

Before Womack, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant Nandini Devi's Unopposed Voluntary Motion to Dismiss Appeal" and "Appellant Gregory Ginn's Unopposed Voluntary Motion to Dismiss Appeal." We grant both of the motions and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: July 25, 2024